**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 1/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

KERMIT IRIZZARY,

Defendant.

No. 17-CR-142-04 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

The CourtCall conference is scheduled for Monday February 1, 2021 at 1:00 p.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 32091812#

PIN: 9921299#

SO ORDERED.

Dated:  January 29, 2021
        New York, New York

_____
Ronnie Abrams
United States District Judge