USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-26-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KERMIT IRIZZARY,<br><br>Defendant. | No. 17-CR-142-04 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The CourtCall conference is scheduled for Monday March 1, 2021 at 11:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 32091812#

PIN: 9921299#

SO ORDERED.

Dated:   February 26, 2021
         New York, New York

*Ronnie Abrams*
United States District Judge