

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

April 20, 2021

Application granted. The conference is adjourned to June 2, 2021 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 20, 2021

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Kermit Irizzary, a/k/a "Kerm,"* 17 Cr. 142 (RA)

Dear Judge Abrams:

A status conference in the above-captioned matter is presently set for April 27, 2021 at 9:00 a.m. regarding the alleged violations of the conditions of the defendant's supervised release.

As the Court is aware, the U.S. Probation Office amended its initial Violation Report on or about February 1, 2021 to add a violation related to the conduct charged in *United States v. Irizarry*, 21 Cr. 60 (MKV). The next status conference in the case proceeding before Judge Vyskocil was recently adjourned and is now set for May 13, 2021 at 10:00 a.m. As the parties do not anticipate having a substantive update for the Court until after the next conference occurs before Judge Vyskocil, the parties jointly request an adjournment of the status conference in this matter for approximately 30 days. The parties are generally available for a status conference during the weeks of May 17 and June 1, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Emily A. Johnson
Assistant United States Attorney
Southern District of New York
(212) 637-2409

cc:   Megan Bennet, Esq. (by ECF)