

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

July 23, 2021

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *United States v. Kermit Irizzary, a/k/a "Kerm,"* 17 Cr. 142 (RA)

Dear Judge Abrams:

  A status conference in the above-captioned matter is presently set for August 6, 2021 at 9:00 a.m. regarding the alleged violations of the conditions of the defendant's supervised release.

  As the Court is aware, the U.S. Probation Office amended its initial Violation Report on or about February 1, 2021 to add a violation related to the conduct charged in *United States v. Irizarry*, 21 Cr. 60 (MKV).  The parties had a status conference in the case before Judge Vyskocil on May 17, 2021.  Defense counsel in that matter has filed a motion to dismiss the indictment based on the Sixth Amendment and the Jury Selection and Service Act, which motion was fully briefed as of May 13, 2021.  At the status conference, Judge Vyskocil confirmed that defense counsel did not intend to file additional motions and set a tentative trial date in November 2021.

  As the parties do not presently have a substantive update for the Court other than as set forth above, the parties jointly request an adjournment of the status conference in this matter for approximately 45 days.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Emily A. Johnson
Assistant United States Attorney
Southern District of New York
(212) 637-2409

Application granted.  The conference is adjourned to September 23, 2021 at 9:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 23, 2021

cc: Megan Benett, Esq. (by ECF)