

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

September 10, 2021

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Kermit Irizzary, a/k/a "Kerm," 17 Cr. 142 (RA)*

Dear Judge Abrams:

      A status conference in the above-captioned matter is presently set for September 23, 2021 at 9:00 a.m. regarding the alleged violations of the conditions of the defendant's supervised release.

      As the Court is aware, the U.S. Probation Office amended its initial Violation Report on or about February 1, 2021 to add a violation related to the conduct charged in *United States v. Irizarry*, 21 Cr. 60 (MKV). Judge Vyskocil recently denied the defendant's motion to dismiss the indictment based on the Sixth Amendment and the Jury Selection and Service Act, and the matter has a confirmed fourth quarter trial date of November 3, 2021. The parties in that matter are presently discussing whether there will be a disposition or a trial.

      As the parties here do not presently have a substantive update for the Court other than as set forth above, the parties jointly request an adjournment of the status conference in this matter for approximately 45 days.

Application granted. The conference is adjourned to November 5, 2021 at 9:00 a.m.

SO ORDERED.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Emily A. Johnson
Assistant United States Attorney
Southern District of New York
(212) 637-2409

_____
Ronnie Abrams, U.S.D.J.
September 13, 2021

cc:     Megan Benett, Esq. (by ECF)