

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

November 29, 2021

BY ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Kermit Irizzary, a/k/a "Kerm,"* 17 Cr. 142 (RA)

Dear Judge Abrams:

I represent Kermit Irizzary in connection with a violation of supervised release (VOSR) proceeding in the above-referenced case. This Court has scheduled a VOSR hearing on December 8, 2021. Mr. Irizzary recently entered a plea of guilty to a single violation of 18 U.S.C. § 922(g) and is scheduled to be sentenced on January 10, 2022. *See U.S. v. Irizzary*, 21 Cr. 60 (S.D.N.Y.) (MKV). We expect that Mr. Irizzary's sentence in that case may bear on the disposition of his VOSR. In light of this, I respectfully request that this Court adjourn the currently scheduled VOSR hearing for approximately 60 days. I have conferred with the government and they do not object to the adjournment. Both parties could be available in February on any date other than February 4, 10-11, 18 or 22-25. This is the second request for an adjournment.

For the foregoing reasons, I respectfully request the Court adjourn the VOSR hearing currently scheduled for December 8, 2021.

Respectfully,

/s/ Megan W. Benett

cc:   All counsel of record via ECF/CM

Application granted. The VOSR is rescheduled to February 8, 2022 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 30, 2021

New York                Boston                Los Angeles